IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-CV-01807-MSK-KLM

FRICTIONLESS WORLD, LLC, a Colorado limited liability company,

    Plaintiff,

vs.

COUNTRY HOME PRODUCTS, INC., a Delaware corporation,

    Defendant.

## NOTICE OF AGREEMENT TO DISMISS

Plaintiff Frictionless World, LLC ("Frictionless World") and Defendant Country Home Products, Inc. ("CHP") hereby notify the Court that the parties have reached an agreement in principle for dismissal of this matter with prejudice and anticipate that a stipulated notice of dismissal will be filed with the Court not later than January 5, 2017.  In light of this agreement, the parties request that all dates, including the scheduling conference set for December 14, 2016, be taken off calendar.  In the event the agreement is not finalized as anticipated, the parties will promptly inform the court.

                                Respectfully submitted,

Dated:  December 7, 2016                    By:    s/Thomas P. Howard
                                                        Thomas P. Howard
                                                        William C. Groh, III
                                                         Vandana Koelsch
                                                         thoward@thowardlaw.com
                                                         wgroh@thowardlaw.com
                                                         vkoelsch@thowardlaw.com

THOMAS P. HOWARD, LLC
842 W. South Boulder Road, Suite 100
Louisville, CO 80027
303-665-9845
303-665-9847 (fax)
*ATTORNEYS FOR PLAINTIFF*
*FRICTIONLESS WORLD, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ *Melissa Bench*